Castleman *v.* Yocum.

JUNE 9, 1803.

# Jacob Castleman *v.* Jesse Yocum.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Mercer county.*

Where it appears upon the face of the declaration that the *assumpsit* was for money lost at gaming, the judgment can not be sustained.

It appearing from the declaration that the assumpsit alleged was for money won at the game of loo, the judgment is illegal in its foundation, and therefore, it is considered by the court, that the judgment aforesaid be reversed and set aside, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the circuit court of Mercer county.